1

2

3

4

5

6

7

8                    **IN THE UNITED STATES DISTRICT COURT**

9              **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11   DENZIL L. LUTTRULL, SR.,                    No. CIV S-07-1607-MCE-CMK

12                    Plaintiff,

13           vs.                                  <u>ORDER</u>

14   CITY OF CORNING, et al.,

15                    Defendants.

16   _____/

17           Plaintiff, who is proceeding pro se, brings this civil rights action.  A

18   status/scheduling conference was held in this matter on January 15, 2008, at 10:00 a.m. before

19   the undersigned.  Plaintiff Denzil L. Luttrull, Sr., appeared pro se.  William David Ayres, Esq.

20   appeared for defendants.

21           Upon consideration of the status reports on file in this action, discussion with the

22   parties, and good cause appearing therefor, IT IS HEREBY ORDERED that the following

23   schedule is set for this matter pursuant to Federal Rule of Civil Procedure 16(b):

24           1.      The parties shall exchange lists of expert witnesses no later than June 30,

25   2008.  Such disclosures must be made pursuant to Federal Rule of Civil Procedure 26(a)(2)(A)

26   and (B).  The parties are reminded of their obligation to supplement these disclosures when

1   required under Federal Rule of Civil Procedure 26(e)(1).  Failure to comply with these

2   requirements may result in the imposition of appropriate sanctions, which may include the

3   preclusion of testimony or other evidence offered through the expert witness;

4          2.     Discovery shall be completed, and all motions pertaining to discovery

5   shall be noticed to be heard, by August 29, 2008;

6          3.     All other pre-trial motions, including dispositive motions, shall be noticed

7   to be heard by September 29, 2008;

8          4.     The pre-trial conference is set for October 24, 2008, at 9:00 a.m. in

9   courtroom # 3.  Pre-trial statements shall be filed pursuant to Local Rule 16-281.  At the pre-trial

10   conference, the court will set deadlines, among others, to file motions in limine, final witness and

11   exhibits lists, objections thereto, and other trial documents; and

12          5.     Jury trial of this matter is set for January 5, 2009, at 9:00 a.m. in

13   courtroom #3 before the Honorable Morrison C. England, Jr..  The parties shall file trial briefs

14   pursuant to Local Rule 16-285.

15

16   DATED:  January 16, 2008

17

18                           **CRAIG M. KELLISON**

                               UNITED STATES MAGISTRATE JUDGE

19

20

21

22

23

24

25

26