IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENZIL L. LUTTRULL, SR., | No. 2:07-cv-01607-MCE-CMK |
|     Plaintiff, | |
|   vs. | ORDER |
| CITY OF CORNING, et al., | |
|     Defendants. | |
| _____/ | |

    Plaintiff, who is proceeding pro se, brings this civil rights action.  Each of the parties in the above-captioned case has filed a Consent to Proceed Before a United States Magistrate Judge. See 28 U.S.C. § 636(c).  This case shall, therefore, be reassigned to the magistrate judge for all further proceedings and entry of final judgment.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

Accordingly, IT IS ORDERED that:

1. The Clerk of the Court is directed to reassign this case to the Honorable Craig M. Kellison as the presiding judge; and

2. The caption on all documents filed in the reassigned case shall show case number No. 2:07-cv-01607-CMK.

Dated: May 7, 2008

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

I am the United States Magistrate Judge currently assigned to this case.  I accept reassignment of this case for all further proceedings, including entry of final judgment, by myself or such other magistrate judge as may be assigned.

DATED: May 7, 2008

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE