1

2

3

4

5

6

7

8                    **IN THE UNITED STATES DISTRICT COURT**

9                  **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11    DENZIL L. LUTTRULL, SR.,                    No. CIV S-07-1607-CMK

12                   Plaintiff,

13           vs.                                  ORDER

14    CITY OF CORNING, et al.,

15                   Defendants.

16    _____/

17           Plaintiff brings this civil rights action.  Pending before the court is plaintiff's

18    counsel's motion to withdraw (Doc. 30), currently set for hearing on June 25, 2008, at 10:00 a.m.

19    in Redding, California.  Counsel's motion and supporting declaration indicate that plaintiff

20    consents to counsel's withdrawal and that plaintiff understands that he will be proceeding pro se

21    in this matter.  Good cause appearing therefor, counsel's motion will be granted and the hearing

22    will be vacated.

23           Accordingly, IT IS HEREBY ORDERED that:

24           1.      The motion to withdraw (Doc. 30) is granted;

25           2.      The law firm of Zink & Lenzi is relieved as counsel for plaintiff;

26    / / /

1

1             3.     The Clerk of the Court shall update the docket to reflect that plaintiff is

2  proceeding pro se and that his address is:

3               P.O. Box 51
4               Corning, CA 96021

5             4.     The hearing set for June 25, 2008, is vacated.

7  DATED: June 13, 2008

8

9                                       CRAIG M. KELLISON
                                       UNITED STATES MAGISTRATE JUDGE