IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENZIL L. LUTTRULL, SR., | No. CIV S-07-1607-CMK |
| Plaintiff, | |
| vs. | <u>ORDER</u> |
| CITY OF CORNING, et al., | |
| Defendants. | |
| _____/ | |

      Plaintiff brings this civil rights action. A status/scheduling conference was held in this matter on January 15, 2008, at 10:00 a.m. before the undersigned. Plaintiff Denzil L. Luttrull, Sr., appeared pro se. William David Ayres, Esq. appeared for defendants. Upon consideration of the status reports on file in this action, discussion with the parties, and good cause appearing therefor, the court set a schedule for this matter pursuant to Federal Rule of Civil Procedure 16(b) and issued a formal scheduling order on January 17, 2008. Subsequently, this action was re-assigned to the undersigned for all purposes pursuant to the consent of the parties. (<u>see</u> Doc. 29). The court now amends the January 17, 2008, scheduling order to reflect the re-assignment of the case. All dates and times remain the same.

/ / /

1.     The parties shall exchange lists of expert witnesses no later than June 30, 2008. Such disclosures must be made pursuant to Federal Rule of Civil Procedure 26(a)(2)(A) and (B). The parties are reminded of their obligation to supplement these disclosures when required under Federal Rule of Civil Procedure 26(e)(1). Failure to comply with these requirements may result in the imposition of appropriate sanctions, which may include the preclusion of testimony or other evidence offered through the expert witness;

2.     Discovery shall be completed, and all motions pertaining to discovery shall be noticed to be heard, by August 29, 2008;

3.     All other pre-trial motions, including dispositive motions, shall be noticed to be heard by September 29, 2008;

4.     The pre-trial conference is set for October 24, 2008, at 9:00 a.m. in Redding, California. Separate pre-trial statements shall be filed pursuant to Local Rule 16-281. At the pre-trial conference, the court will set deadlines, among others, to file motions in limine, final witness and exhibits lists, objections thereto, and other trial documents; and

5.     Jury trial of this matter is set for January 5, 2009, at 9:00 a.m. in Sacramento, California, before the Honorable Craig M. Kellison. The parties shall file trial briefs pursuant to Local Rule 16-285.

DATED: June 13, 2008

                                                                                                    */s/ Craig M. Kellison*
                                                                        **CRAIG M. KELLISON**
                                                                        UNITED STATES MAGISTRATE JUDGE