IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENZIL L. LUTTRULL, SR., | No. CIV S-07-1607-CMK |
| Plaintiff, | |
| vs. | ORDER |
| CITY OF CORNING, et al., | |
| Defendants. | |

Plaintiff brings this civil rights action.  Pursuant to the stipulation of the parties filed on August 4, 2008, this action is dismissed, with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1).  The Clerk of the Court is directed to enter judgment of dismissal and close this file.

IT IS SO ORDERED.

DATED: August 6, 2008

　　　　　　　　　　　　　　　　　　　　　　　　　　　
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

1